**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| GARO VARTANYAN, | No. 5:25-cv-03205-JFW-BFM |
| Petitioner, | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | |
| KRISTI NOEM, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections (ECF 18.) The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.     The Report and Recommendation is accepted;

2.     Claim Two in the Petition is **granted**;

3.     The Court enters a permanent injunction precluding Respondents from arresting or detaining Petitioner without compliance with the procedures set out in 8 C.F.R. § 241.13(i);

4.     Claim One is **dismissed as moot** in light of the relief granted on Claim Two; and

5.     Claim Three is **denied without prejudice**.

DATED: March 31, 2026

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE