JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

GARO VARTANYAN,

         Petitioner,

    v.

KRISTI NOEM, et al.,

         Respondent.

No. 5:25-cv-03205-JFW-BFM

**JUDGMENT**

     Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Claim Two in the Petition. The Court enters a permanent injunction precluding Respondents from arresting or detaining Petitioner without compliance with the procedures set out in 8 C.F.R. § 241.13(i). The Clerk of Court is directed to close this case.

DATED: March 31, 2026

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE